## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROMOTE INNOVATION LLC, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-120 |
| | : | |
| LITTLE KIDS, INC., | : | |
|     Defendant. | : | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above-entitled action be dismissed with prejudice, no fees, no interest and no costs.

| | |
|---|---|
| PROMOTE INNOVATION LLC | LITTLE KIDS, INC. |
| By Its Attorneys, | By Its Attorneys, |
| s/ Craig M. Scott | s/ Karen A. Buchanan |
| Craig M. Scott, Esq. (No. 4237) | Robert D. Fine, Esq. (No. 2447) |
| Scott & Bush Ltd. | Karen A. Buchanan, Esq. (No. 7025) |
| 30 Kennedy Plaza | Chace Ruttenberg & Freedman, LLP |
| 4th Floor | One Park Row |
| Providence, RI  02903 | Suite 300 |
| (401) 865-6035 Phone | Providence, RI  02903 |
| (401) 865-6039 Fax | (401) 453-6400 Phone |
| | (401) 453-6411 Fax |

Dated:  October 12, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2011, a true copy of the foregoing *Stipulation of Dismissal* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

>Robert D. Fine, Esq.
>Karen A. Buchanan, Esq.
>Chace Ruttenberg & Freedman, LLP
>One Park Row
>Suite 300
>Providence, RI   02903


>/s/ Craig M. Scott